B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF NEW YORK<br>MANHATTAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B & Y RESTAURANT GROUP, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **45-1622815** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**323 WEST BROADWAY**<br>**NEW YORK, NY** | Street Address of Joint Debtor (No. and Street, City, and State): |
| ZIP CODE **10013** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Chapter 11 Debtors**

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.85.1, ID 0057258498)

| **Voluntary Petition** | Name of Debtor(s):  **B & Y RESTAURANT GROUP, LLC** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                    Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **B & Y RESTAURANT GROUP, LLC** |
|---|---|

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (if not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X_____
   **CYNTHIA ATTARD, ESQ.**        Bar No. CA-5207

**ATTARD & ASSOCIATES**
475 Main Street
Suite 1F
Farmingdale, NY 11735

Phone No.**(516) 586-8534**      Fax No.**(516) 586-8536**

_____8/15/13_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**B & Y RESTAURANT GROUP, LLC**

X_____
Signature of Authorized Individual

**MENACHEM SENDEROWICZ**
Printed Name of Authorized Individual

**MANAGING PARTNER**
Title of Authorized Individual

_____8/15/13_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:  **B & Y RESTAURANT GROUP, LLC**                    CASE NO

                                                                                                        CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

| | | |
|---|---|---|
| 1. Debtor's employer identification number is_____ **45-1622815** _____. | | |

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets

   b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 200 | 2 |

*Comments, if any*

4. Brief description of debtor's business:
   *RESTAURANT BUSINESS*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:   B & Y RESTAURANT GROUP, LLC                               CASE NO

                                                                  CHAPTER    11

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:
   *MENACHEM SENDEROWICZ*
   *HENRY STIMLER*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I,_____**MENACHEM SENDEROWICZ**_____, the_____**MANAGING PARTNER**_____of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:_____8/15/13_____                    Signature:_____
                                                    *MENACHEM SENDEROWICZ*
                                                    MANAGING PARTNER

B6D (Official Form 6D) (12/07)

In re **B & Y RESTAURANT GROUP, LLC**          Case No. _____

                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>GREENLIGHT CONSTRUCTION MANAGI<br>154 GRAND STREET<br>NEW YORK, NY 10013<br>646-205-3545 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**RESTAURANT MATERIAL**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $17,039.00 | $17,039.00 |
| ACCT #: xxxxxx5010<br><br>SMALL BUSINESS ADMINISTRATION<br>FUNDED FROM US TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, D.C. 20220 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Inventory and Equipment**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | $148,811.00 | $148,811.00 |
| | | | | | | | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | $165,850.00 | $165,850.00 |
| | | Total (Use only on last page) > | | | | $165,850.00 | $165,850.00 |

_____ **No** _____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **B & Y RESTAURANT GROUP, LLC**                                    Case No. _____
                                                                                    (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____2_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**                          Case No. _____
                                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Contributions to employee benefit plans |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **NYS IF** <br> **WORKERS COMPENSATION** <br> **PO BOX 5262** <br> **BINGHAMTON, NY 13902** <br> **1877-309-6028** | | DATE INCURRED: <br> CONSIDERATION: <br> **Arrearage** <br> REMARKS: | | | | $57,288.46 | $0.00 | $57,288.46 |
| ACCT #: <br> **NYS WORKERS COMP** <br> **328 STATE STREET** <br> **SCHENECTADY, NY 12305** <br> **1866-298-7830** | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $16,000.00 | $0.00 | $16,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___2___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >     $73,288.46    $0.00    $73,288.46

Total >

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**

Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: _____ <br> M TUCKER DIVISION OF SINGER NY, LLC <br> 1200 MADISON AVENUE <br> PATERSON, NJ 07503-2813 <br> 973-484-1200 | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $26,265.00 | $0.00 | $26,265.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___2___ of ___2___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $26,265.00 | $0.00 | $26,265.00 |
| Total > | $99,553.46 | | |

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

| | | | |
|---|---|---|---|
| Totals > | | $0.00 | $99,553.46 |

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **B & Y RESTAURANT GROUP, LLC**          Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**311 WEST BROADWAY LLC**<br>**430 WEST BROADWAY**<br>**NEW YORK, NY 10012**<br>**646-267-7727** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | X | $319,542.00 |
| **Representing:**<br>**311 WEST BROADWAY LLC** | | **PENN PROEFRIEDT SCHWARZFELD & SCHWARTZ**<br>**114 WEST 47TH STREET**<br>**19TH FLOOR**<br>**NEW YORK, NEW YORK 10036** | | | | **Notice Only** |
| ACCT #:<br>**AMERICAN EXPRESS**<br>**FX INTERNATIONAL PAYMENTS**<br>**3 WORLD FINANCIAL CENTER**<br>**NEW YORK, NY 10285**<br>**1888-391-9971** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $35,964.00 |
| ACCT #:<br>**ARTIC GLACIER DBA ICEinsurance**<br>**500 Fenimore Road**<br>**Mamaroneck, NY 10509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $12,666.52 |
| ACCT #:<br>**AUTO-CHLOR SYSEM**<br>**685 GOTHAM PARKWAY**<br>**CARLSTADT, NJ 07072** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,382.00 |
| ACCT #:<br>**B & Y HOSPITALITY**<br>**213 West Broadway**<br>**New York, NY**<br>**646-267-7727** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $31,060.00 |

                                                    Subtotal >        $401,614.52

                                                        Total >
                              (Use only on last page of the completed Schedule F.)
____10____ continuation sheets attached    (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**                Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: _____<br>**BALE TECHNOLOGIES**<br>**PO BOX 12**<br>**DEAL, NJ 07723** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $4,206.00 |
| ACCT #: _____<br>**BENJAMIN KAY**<br>**101 WEST 23RD ST**<br>**SUITE 333**<br>**NEW YORK, NY 10011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $450.00 |
| ACCT #: _____<br>**BEST GLATT**<br>**543 CEDER LANE**<br>**TEANECK, NJ 07666** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $3,618.00 |
| ACCT #: _____<br>**CAPITAL & FREEDOM LLC**<br>**141 W. Jackson Avenue**<br>**Suite 1180**<br>**Chicago, IL  60604**<br>**IGOR CHERNOMZAV** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | $25,000.00 |
| ACCT #: _____<br>**CARMEN VLAD**<br>**THEODORRA CARMEN VLAD**<br>**826 W 36TH STREET**<br>**BALTIMORE, MD 21211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $825.00 |
| ACCT #: _____<br>**CHAIM STANIETSKY**<br>**Black Iris LLC**<br>**2 University Plaza**<br>**Suite 211**<br>**Hackensack, NJ  07601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,500.00 |
| | | | | Subtotal > | | $36,599.00 |

Sheet no. ___1___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **B & Y RESTAURANT GROUP, LLC**   Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **COHN REZNICK** <br> **1212 AVENUE OF THE AMERICAS** <br> **NEW YORK, NY** <br> **212-297-0400** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $5,935.00 |
| ACCT #: <br> **COMERS CONTRACTING INC** <br> **310 WEST END AVENUE** <br> **5B** <br> **NEW YORK, NY 10023** | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $1,000.00 |
| ACCT #: xxxxxxxxxx004-3 <br> **CONSOLIDATED EDISON** <br> **JAF STATION** <br> **PO BOX 1702** <br> **NEW YORK, NY 10116-1702** <br> **718-643-4050** | | DATE INCURRED: <br> CONSIDERATION: <br> **Arrearage** <br> REMARKS: | | | | $7,223.00 |
| ACCT #: <br> **D & R CENTRAL BAKING CORP** <br> **QUALITY BAKED GOODS** <br> **PO BOX 190380** <br> **BROOKLYN, NY 11223** | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $322.00 |
| ACCT #: <br> **D&W CENTRAL STATION FIRE ALARM CO** <br> **147 WEST 25TH STREET** <br> **FOURTH FLOOR** <br> **NEW YORK, NY 10001** | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $212.00 |
| ACCT #: xxO323 <br> **DAIRYLAND USA GROUP** <br> **PO BOX 30943** <br> **NEW YORK, NY 10087** <br> **718-842-3081** | | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $6,381.00 |

Sheet no. __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $21,073.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **B & Y RESTAURANT GROUP, LLC**                    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT#:<br>**DANZIG FISHMAN & DECEA**<br>**360 LEXINGTON AVENUE**<br>**12TH FLOOR**<br>**NEW YORK, NY 10017**<br>**914-285-1400** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $20,313.00 |
| ACCT#:<br>**DOCUTREND IMAGING SOLUTIONS**<br>**575 8 TH AVENUE**<br>**NEW YORK, NY 10018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,342.00 |
| ACCT#:<br>**DOZORTSEV AND SONS ENTERPRISES, LTD**<br>**10 21st Street**<br>**Building B-2**<br>**Brooklyn, NY 11232**<br>**718-369-9200** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $600.00 |
| ACCT#:<br>**EMPIRE MERCHANTS**<br>**16 BRIDGWATER ST**<br>**BROOKLYN, NY 11222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,302.00 |
| ACCT#:<br>**FABULOUS EVENTS**<br>**149 BURD STREET**<br>**NYACK, NY 10960** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $862.00 |
| ACCT#:<br>**GRACE PARK**<br>**10 EAST 29 STREET**<br>**6F**<br>**NEW YORK, NY 10016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $400.00 |

Sheet no. ___3___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $25,819.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & Y RESTAURANT GROUP, LLC**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT#:<br>**GRAND CATERING AND CONSULTING**<br>**475 FDR DRIVE #305**<br>**NEW YORK, NY 10002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$1,170.00** |
| ACCT#:<br>**GREENBERG & SCHULMAN**<br>**90 WOODBRIDGE CENTER DRIVE**<br>**SUITE 200**<br>**WOODBRIDGE, NJ 07095** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - M. Tucker Division of Singer NY, LL**<br>REMARKS: | | | | **Notice Only** |
| ACCT#:<br>**GUARD INSURANCE GROUP**<br>**PO BOX AH**<br>**WILKES-BARRE, PA 18703-0020**<br>**1888-639-2567** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | **$25,508.00** |
| ACCT#:<br>**GUSTAVO R. SINGARES**<br>**19 PASTURE TRAIL**<br>**SOMERSET, NJ 08873** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$600.00** |
| ACCT#:<br>**HAPPY HEARTS WINE**<br>**4516 18TH AVENUE**<br>**BROOKLYN, NY 11204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$1,036.00** |
| ACCT#:<br>**HENRY STIMLER**<br>**19 E 65th Street**<br>**New York, NY**<br>**646-678-3107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | **$22,000.00** |

Sheet no. ___4___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$50,314.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**       Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HPB HAULING & RECYCLING CORP**<br>**43 ASPEN STREET**<br>**FLORAL PARK, NY 11001**<br>**914-804-2971** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $4,703.00 |
| ACCT #:<br>**I HALPER**<br>**51 HOOK ROAD**<br>**BAYONNE, NJ 08701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $65.00 |
| ACCT #:<br>**JENNIFER WEIN, LLC**<br>**3 FIR DRIVE**<br>**GREAT NECK, NY 11024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,500.00 |
| ACCT #:<br>**JEWISH OCIE**<br>**2154 EAST 4TH STREET**<br>**BROOKLYN NY 11223** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**LA COLOMBE**<br>**2600 EAST TIOGA ST**<br>**PHILADELPHIA, PA 19134** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $301.00 |
| ACCT #:<br>**LOST TRIBES BEVERAGE LLC**<br>**131 PALMYRA AVE**<br>**WOODMERE, NY 11598** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $435.00 |

Sheet no. __5__ of __10__ continuation sheets attached to       Subtotal > $7,354.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**                      Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MANHATTAN MINI STORAGE**<br>**520 EIGHTH AVENUE 19th FLOOR**<br>**NEW YORK, NY 10018**<br>**212-633-0346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $3,000.00 |
| ACCT #:<br>**MEISTER SEELING & FEIN LLP**<br>**2 GRAND CENTRAL TOWER**<br>**140 EAST 45th STREET 19th FL**<br>**NEW YORK, NY  10017**<br>**212-655-3508** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,902.50 |
| ACCT #:<br>**METRO MECHANICAL**<br>**8815 DITMAS AVENUE**<br>**BROOKLYN, NY  11581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $667.00 |
| ACCT #:<br>**MICROS RETAIL SYSTEMS**<br>**1500 HARBOR BLVD**<br>**WEEHAWKEN, NJ 07086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $964.00 |
| ACCT #:<br>**MONSIEUR TOUTON**<br>**127 W 27th Street**<br>**9th Floor**<br>**New York, NY  10001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $3,000.00 |
| ACCT #:<br>**MOSHE'S KOSHER SERVICES**<br>**352 MILL ROAD**<br>**VALLEY STREAM, NY  11581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $655.00 |

Sheet no. ____6____ of ____10____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $10,188.50

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & Y RESTAURANT GROUP, LLC**          Case No. _____
                                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MOURAD ADID**<br><br>866-941-8494 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,250.00 |
| ACCT #:<br>**MULTI FLOW INDUSTRIES**<br>**1434 COUNTY LINE ROAD**<br>**HUNTINGTON, PA 19006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $419.00 |
| ACCT #:<br>**MUNROD CUSTOM UPHOLSTERERS**<br>**20 CORTLANDT STREET**<br>**2ND FLOOR**<br>**MOUNT VERNON, NY 10550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $3,298.00 |
| ACCT #:<br>**NEXT COURSE FINANCIAL**<br>**450 SEVENTH AVENUE**<br>**SUITE 4200**<br>**NEW YORK, NY 10123**<br>646-833-1020 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $9,000.00 |
| ACCT #:<br>**NORDAQ FRESH**<br>**2801 WEST COAST HIGHWAY**<br>**NEWPORT BEACH, CA 92663**<br>949-444-4051 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $4,040.00 |
| ACCT #:<br>**OMNIPAK IMPORT ENTERPRISES INC**<br>**2916 120TH STREET**<br>**FLUSHING, NY 11236** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $749.00 |

Sheet no. ___7___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          $18,756.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **B & Y RESTAURANT GROUP, LLC**                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**OPEN TABLE 103156**<br>PO Box 671198<br>Dallas, TX  75267<br>866-941-8494 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,205.00 |
| ACCT #:<br>**ORTHODOX UNION**<br>**11 BROADWAY**<br>NEW YORK, NY  10004<br>212-563-4000 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $15,000.00 |
| ACCT #:<br>**PRIME INSURANCE AGENCY**<br>960 E COUNTY LINE RD<br>LAKEWOOD, NJ  08701<br>732-886-5751 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $32,150.00 |
| ACCT #:<br>**RASKIN'S FISH MKT, INC**<br>320 KINGSTON AVE<br>BROOKLYN, NY  11231 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,005.00 |
| ACCT #:<br>**RIVIERA PRODUCE**<br>**BOX/CALL # 6065**<br>ENGLEWOOD, NJ 07631<br>201-227-7105 | | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $12,670.00 |
| ACCT #:<br>**ROYAL WINE COMPANY**<br>63-65 LE FANTE WAY<br>PO BOX 17<br>BAYONNE, NJ 07002-0017<br>201-437-9131 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $3,917.00 |

Sheet no. ___8___ of ___10___ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                 $65,947.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & Y RESTAURANT GROUP, LLC**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**SOURCE ENERGY**<br>**15 BROAD STREET**<br>**SUITE 3114**<br>**NEW YORK, NY 10005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,762.00 |
| ACCT #:<br>**SOUTHERN WINE & SPIRTS**<br>**PO BOX 1308**<br>**SYOSSET, NY 11791-0020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,413.00 |
| ACCT #:<br>**SPRINGFIELD GROUP INC**<br>**483 BROOKLYN AVENUE**<br>**BROOKLYN, NY 11225**<br>**718-305-6868** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $8,995.00 |
| ACCT #:<br>**STANLEY STIMLER**<br>**19 E 65th Street**<br>**New York, NY**<br>**0044 0 455 7151** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | $25,000.00 |
| ACCT #:<br>**THE RISK MANAGEMENT PLANNING**<br>**GROUP INC.**<br>**PO BOX 670**<br>**MINEOLA, NY 11501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**TIME WARNER CABLE**<br>**PO BOX 11820**<br>**NEWARK, NJ 07101-8120** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $628.00 |

Sheet no. __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $37,798.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **B & Y RESTAURANT GROUP, LLC**     Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TSF ENGINEERING**<br>**200 PARK AVE SOUTH**<br>**SUITE 1020**<br>**NEW YORK NY 10003** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,700.00 |
| ACCT #:<br>**URBANI TRUFFLES USA CORP**<br>**10 West End Avenue**<br>**New York NY 10023**<br>**212-247-8800** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,557.00 |
| ACCT #:<br>**WASHINGTON GROUP**<br>**C/O WEST SIDE FOODS**<br>**355 FOOD CENTER DRIVE**<br>**E BUILDING**<br>**BRONX, NY 10474** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $1,679.00 |
| ACCT #:  xxO323<br>**WESTSIDE FOOD & SUPPLY COMPANY**<br>**54-60 48TH STREET**<br>**MASPETH, NY 11378**<br>**718-433-4332** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $5,923.00 |
| ACCT #:<br>**WHITE PLAINS LINEN**<br>**4 John Walsh Blvd**<br>**Peekskill, NY 10566-5324** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,798.00 |
| | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $14,657.00

Total >  $690,120.02

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

In re  **B & Y RESTAURANT GROUP, LLC**          Case No.

                                                Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | | | |
| B - Personal Property | No | 0 | | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $165,850.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $99,553.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $690,120.02 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 15 | $0.00 | $955,523.48 | |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re  **B & Y RESTAURANT GROUP, LLC**

Case No. _____

(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **MANAGING PARTNER** _____ of the _____ Corporation _____,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ 16 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ___ 8/15/13 ___

Signature _____

MENACHEM SENDEROWICZ
MANAGING PARTNER

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:   B & Y RESTAURANT GROUP, LLC                          CASE NO

                                                             CHAPTER   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $8,000.00 |
| Prior to the filing of this statement I have received: | $8,000.00 |
| Balance Due: | $0.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_8/15/13_
Date

CYNTHIA ATTARD, ESQ.                          Bar No.  CA-5207
ATTARD & ASSOCIATES
475 Main Street
Suite 1F
Farmingdale, NY 11735
Phone: (516) 586-8534 / Fax: (516) 586-8536

---

MENACHEM SENDEROWICZ
MANAGING PARTNER

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

IN RE:  **B & Y RESTAURANT GROUP, LLC**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 311 WEST BROADWAY LLC<br>430 WEST BROADWAY<br>NEW YORK, NY 10012<br>646-267-7727 | | Arrearage | *Disputed* | $319,542.00 |
| SMALL BUSINESS ADMINISTRATION<br>FUNDED FROM US TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, D.C. 20220 | | Non-Purchase Money | | $148,811.00<br><br>Value: $0.00 |
| NYS IF<br>WORKERS COMPENSATION<br>PO BOX 5262<br>BINGHAMTON, NY 13902<br>1877-309-6028 | | Arrearage | | $57,288.46 |
| AMERICAN EXPRESS<br>FX INTERNATIONAL PAYMENTS<br>3 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10285<br>1888-391-9971 | | Non-Purchase Money | | $35,964.00 |
| PRIME INSURANCE AGENCY<br>960 E COUNTY LINE RD<br>LAKEWOOD, NJ  08701<br>732-886-5751 | | Non-Purchase Money | | $32,150.00 |
| B & Y HOSPITALITY<br>213 West Broadway<br>New York, NY<br>646-267-7727 | | Non-Purchase Money | | $31,060.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:   **B & Y RESTAURANT GROUP, LLC**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| M TUCKER DIVISION OF SINGER NY, LLC 1200 MADISON AVENUE PATERSON, NJ 07503-2813 973-484-1200 | | Non-Purchase Money | | $26,265.00 |
| GUARD INSURANCE GROUP PO BOX AH WILKES-BARRE, PA 18703-0020 1888-639-2567 | | Arrearage | | $25,508.00 |
| STANLEY STIMLER 19 E 65th Street New York, NY 0044 0 455 7151 | | Fee Simple | | $25,000.00 |
| CAPITAL & FREEDOM LLC 141 W. Jackson Avenue Suite 1180 Chicago, IL 60604 IGOR CHERNOMZAV | | Fee Simple | | $25,000.00 |
| HENRY STIMLER 19 E 65th Street New York, NY 646-678-3107 | | Fee Simple | | $22,000.00 |
| DANZIG FISHMAN & DECEA 360 LEXINGTON AVENUE 12TH FLOOR NEW YORK, NY 10017 914-285-1400 | | Attorney Fees | | $20,313.00 |
| GREENLIGHT CONSTRUCTION MANAGEMENT CORP 154 GRAND STREET NEW YORK, NY 10013 646-205-3545 | | Non-Purchase Money | | $17,039.00 Value: $0.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

IN RE:  **B & Y RESTAURANT GROUP, LLC**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NYS WORKERS COMP<br>328 STATE STREET<br>SCHENECTADY, NY  12305<br>1866-298-7830 | | Non-Purchase Money | | $16,000.00 |
| ORTHODOX UNION<br>11 BROADWAY<br>NEW YORK, NY  10004<br>212-563-4000 | | Non-Purchase Money | | $15,000.00 |
| RIVIERA PRODUCE<br>BOX/CALL # 6065<br>ENGLEWOOD, NJ 07631<br>201-227-7105 | | Purchase Money | | $12,670.00 |
| ARTIC GLACIER DBA<br>ICEinsurance<br>500 Fenimore Road<br>Mamaroneck, NY  10509 | | Non-Purchase Money | | $12,666.52 |
| NEXT COURSE FINANCIAL<br>450 SEVENTH AVENUE<br>SUITE 4200<br>NEW YORK, NY 10123<br>646-833-1020 | | Non-Purchase Money | | $9,000.00 |
| SPRINGFIELD GROUP INC<br>483 BROOKLYN AVENUE<br>BROOKLYN, NY 11225<br>718-305-6868 | | Non-Purchase Money | | $8,995.00 |
| CONSOLIDATED EDISON<br>JAF STATION<br>PO BOX 1702<br>NEW YORK, NY 10116-1702<br>718-643-4050 | | Arrearage | | $7,223.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:  B & Y RESTAURANT GROUP, LLC

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **MANAGING PARTNER** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ___8/15/13___          Signature: _____

**MENACHEM SENDEROWICZ**
**MANAGING PARTNER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE:   **B & Y RESTAURANT GROUP, LLC**                              CASE NO

                                                                        CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___8/15/13_____

Signature _____
          *MENACHEM SENDEROWICZ*
          *MANAGING PARTNER*

Date _____

Signature _____

# CORPORATE RESOLUTION

## TO FILE VOLUNTARY

## CHAPTER 11 PLAN OF

## B&Y RESTAURANT GROUP, LLC

Filed by:

Cynthia Attard, Esq.
Attard & Associates
475 Main Street
Suite 1F
Farmingdale, NY 11735

# CORPORATE RESOLUTION

# TO FILE VOLUNTARY

# CHAPTER 11 PLAN OF

# B&Y RESTAURANT GROUP, LLC

WHEREAS, the Corporation is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization to Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of B&Y Restaurant Group, LLC, a corporation duly formed pursuant to the laws of the state of New York and that the foregoing is a true record of a resolution duly adopted at a meeting of the Board of Directors, and that said meeting was held in accordance with the state law and the Bylaws of the above-named Corporation on August 6, 2013, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed by name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 6th day of August, 2013.

Menachem Senderowicz
Secretary of B&Y Restaurant Group, LLC

**Local Bankruptcy Form 1007-4.1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

B&Y RESTAURANT GROUP, LLC

                                                          Case No:
                    Debtor

## CORPORATE OWNERSHIP STATEMENT

In a case in which the debtor is a corporation (other than a governmental unit), or where any
corporation is a party to an adversary proceeding (other than the debtor or a governmental unit),
the following information is required pursuant to FED. R. BANKR. P. 1007(a)(1) and 7007.1 and
L.B.R. 1007-4 and L.B.R. 7007.1-1

Check applicable box:

[X]    There are no corporations that directly or indirectly own 10% or more of any class of the
       debtor's equity interest.

[ ]    The following corporations directly or indirectly own 10% or more of a class of the
       debtor's equity interest:

       1.
       2.
       3.

Dated:    8/15/13                      By: _____
                                          Menachem Senderowicz, as President

Dated:    8/15/13                      By: _____
                                          Cynthia Attard, Esq. (CA5207)
                                          Attard & Associates
                                          Counsel to B&Y Restaurant Group,LLC
                                          475 Main Street, Suite 1F
                                          Farmingdale, NY 11735
                                          516-586-8534
                                          516-586-8536
                                          cattardesq@gmail.com

311 WEST BROADWAY LLC
430 WEST BROADWAY
NEW YORK, NY 10012
646-267-7727

CHAIM STANIETSKY
Black Iris LLC
2 University Plaza
Suite 211
Hackensack, NJ  07601

EMPIRE MERCHANTS
16 BRIDGWATER ST
BROOKLYN, NY 11222

AMERICAN EXPRESS
FX INTERNATIONAL PAYMENTS
3 WORLD FINANCIAL CENTER
NEW YORK, NY  10285
1888-391-9971

COHN REZNICK
1212 AVENUE OF THE AMERICAS
NEW YORK, NY
212-297-0400

FABULOUS EVENTS
149 BURD STREET
NYACK, NY 10960

ARTIC GLACIER DBA ICEinsurance
500 Fenimore Road
Mamaroneck, NY  10509

COMERS CONTRACTING INC
310 WEST END AVENUE
5B
NEW YORK, NY 10023

GRACE PARK
10 EAST 29 STREET
6F
NEW YORK, NY  10016

AUTO-CHLOR SYSEM
685 GOTHAM PARKWAY
CARLSTADT, NJ 07072

CONSOLIDATED EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702
718-643-4050

GRAND CATERING AND CONSULTING
475 FDR DRIVE #305
NEW YORK, NY  10002

B & Y HOSPITALITY
213 West Broadway
New York, NY
646-267-7727

D & R CENTRAL BAKING CORP
QUALITY BAKED GOODS
PO BOX 190380
BROOKLYN, NY  11223

GREENBERG & SCHULMAN
90 WOODBRIDGE CENTER DRIVE
SUITE 200
WOODBRIDGE, NJ 07095

BALE TECHNOLOGIES
PO BOX 12
DEAL, NJ 07723

D&W CENTRAL STATION FIRE ALARM
147 WEST 25TH STREET
FOURTH FLOOR
NEW YORK, NY  10001

GREENLIGHT CONSTRUCTION MANAGEM
154 GRAND STREET
NEW YORK, NY 10013
646-205-3545

BENJAMIN KAY
101 WEST 23RD ST
SUITE 333
NEW YORK, NY 10011

DAIRYLAND USA GROUP
PO BOX 30943
NEW YORK, NY 10087
718-842-3081

GUARD INSURANCE GROUP
PO BOX AH
WILKES-BARRE, PA 18703-0020
1888-639-2567

BEST GLATT
543 CEDER LANE
TEANECK, NJ 07666

DANZIG FISHMAN & DECEA
360 LEXINGTON AVENUE
12TH FLOOR
NEW YORK, NY 10017
914-285-1400

GUSTAVO R. SINGARES
19 PASTURE TRAIL
SOMERSET, NJ 08873

CAPITAL & FREEDOM LLC
141 W. Jackson Avenue
Suite 1180
Chicago, IL  60604
IGOR CHERNOMZAV

DOCUTREND IMAGING SOLUTIONS
575 8 TH AVENUE
NEW YORK, NY  10018

HAPPY HEARTS WINE
4516 18TH AVENUE
BROOKLYN, NY 11204

CARMEN VLAD
THEODORRA CARMEN VLAD
826 W 36TH STREET
BALTIMORE, MD 21211

DOZORTSEV AND SONS ENTERPRISES,
10 21st Street
Building B-2
Brooklyn, NY  11232
718-369-9200

HENRY STIMLER
19 E 65th Street
New York, NY
646-678-3107

HPB HAULING & RECYCLING CORP
43 ASPEN STREET
FLORAL PARK, NY 11001
914-804-2971

MICROS RETAIL SYSTEMS
1500 HARBOR BLVD
WEEHAWKEN, NJ 07086

OMNIPAK IMPORT ENTERPRISES INC
2916 120TH STREET
FLUSHING, NY 11236

I HALPER
51 HOOK ROAD
BAYONNE, NJ 08701

MONSIEUR TOUTON
127 W 27th Street
9th Floor
New York, NY 10001

OPEN TABLE 103156
PO Box 671198
Dallas, TX 75267
866-941-8494

JENNIFER WEIN, LLC
3 FIR DRIVE
GREAT NECK, NY 11024

MOSHE'S KOSHER SERVICES
352 MILL ROAD
VALLEY STREAM, NY 11581

ORTHODOX UNION
11 BROADWAY
NEW YORK, NY 10004
212-563-4000

JEWISH OCIE
2154 EAST 4TH STREET
BROOKLYN NY 11223

MOURAD ADID
866-941-8494

PENN PROEFRIEDT SCHWARZFELD & S
114 WEST 47TH STREET
19TH FLOOR
NEW YORK, NEW YORK 10036

LA COLOMBE
2600 EAST TIOGA ST
PHILADELPHIA, PA 19134

MULTI FLOW INDUSTRIES
1434 COUNTY LINE ROAD
HUNTINGTON, PA 19006

PRIME INSURANCE AGENCY
960 E COUNTY LINE RD
LAKEWOOD, NJ 08701
732-886-5751

LOST TRIBES BEVERAGE LLC
131 PALMYRA AVE
WOODMERE, NY 11598

MUNROD CUSTOM UPHOLSTERERS
20 CORTLANDT STREET
2ND FLOOR
MOUNT VERNON, NY 10550

RASKIN'S FISH MKT, INC
320 KINGSTON AVE
BROOKLYN, NY 11231

M TUCKER DIVISION OF SINGER NY,
1200 MADISON AVENUE
PATERSON, NJ 07503-2813
973-484-1200

NEXT COURSE FINANCIAL
450 SEVENTH AVENUE
SUITE 4200
NEW YORK, NY 10123
646-833-1020

RIVIERA PRODUCE
BOX/CALL # 6065
ENGLEWOOD, NJ 07631
201-227-7105

MANHATTAN MINI STORAGE
520 EIGHTH AVENUE 19th FLOOR
NEW YORK, NY 10018
212-633-0346

NORDAQ FRESH
2801 WEST COAST HIGHWAY
NEWPORT BEACH, CA 92663
949-444-4051

ROYAL WINE COMPANY
63-65 LE FANTE WAY
PO BOX 17
BAYONNE, NJ 07002-0017
201-437-9131

MEISTER SEELING & FEIN LLP
2 GRAND CENTRAL TOWER
140 EAST 45th STREET 19th FL
NEW YORK, NY 10017
212-655-3508

NYS IF
WORKERS COMPENSATION
PO BOX 5262
BINGHAMTON, NY 13902
1877-309-6028

SMALL BUSINESS ADMINISTRATION
FUNDED FROM US TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220

METRO MECHANICAL
8815 DITMAS AVENUE
BROOKLYN, NY 11581

NYS WORKERS COMP
328 STATE STREET
SCHENECTADY, NY 12305
1866-298-7830

SOURCE ENERGY
15 BROAD STREET
SUITE 3114
NEW YORK, NY 10005

Debtor(s): B & Y RESTAURANT GROUP LLC    13-12663-alg    Doc 1    Filed 08/15/13    Entered 08/15/13 14:42:00    Main Document
Case No:
Chapter: 11
Pg 34 of 34
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

SOUTHERN WINE & SPIRTS
PO BOX 1308
SYOSSET, NY 11791-0020


SPRINGFIELD GROUP INC
483 BROOKLYN AVENUE
BROOKLYN, NY 11225
718-305-6868


STANLEY STIMLER
19 E 65th Street
New York, NY
0044 0 455 7151


THE RISK MANAGEMENT PLANNING
GROUP INC.
PO BOX 670
MINEOLA, NY 11501


TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


TSF ENGINEERING
200 PARK AVE SOUTH
SUITE 1020
NEW YORK NY 10003


URBANI TRUFFLES USA CORP
10 West End Avenue
New York NY 10023
212-247-8800


WASHINGTON GROUP
C/O WEST SIDE FOODS
355 FOOD CENTER DRIVE
E BUILDING
BRONX, NY 10474


WESTSIDE FOOD & SUPPLY COMPANY
54-60 48TH STREET
MASPETH, NY 11378
718-433-4332


WHITE PLAINS LINEN
4 John Walsh Blvd
Peekskill, NY  10566-5324