UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Chapter 11

B & Y RESTAURANT GROUP, LLC,               **NOTICE OF APPEARANCE**

        Debtor.                                                    Case No. 13-12663 (ALG)
_____

      **PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), the undersigned hereby appears in this matter as attorneys for 311 West Broadway, LLC, creditor.  All papers and other communications concerning this matter shall be directed to the undersigned at the office and post office address indicated below.

Dated: New York, New York
       September 4, 2013

                                          LAW OFFICES OF
                                          BERNARD D'ORAZIO & ASSOCIATES, P.C.

                                          s/Bernard D'Orazio
                                          _____
                                          By: Bernard D'Orazio (BD 2494)
                                          Attorneys for 311 West Broadway, LLC
                                          100 Lafayette Street-Suite 601
                                          New York, New York 10013-4400
                                          (212) 608-5300
                                          bdorazio@dorazio-law.com