UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  

B & Y Restaurant Group, LLC.

.

Debtor.

Chapter 11
Case No. 13-12663(alg)

NOTICE OF APPEARANCE AND DEMAND FOR
NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the Office of Counsel, New York State Department of Taxation and Finance by Deborah J. Dwyer, District Tax Attorney, hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of B & Y Restaurant Group, LLC (the "Debtor") and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

2

Dated: Brooklyn, New York
      Oct.9, 2013

Office of Counsel
NYS Department of Taxation and Finance

By:

S/DEBORAH J. DWYER(1207)
District Tax Attorney
15 MetroTech Center  5th Fl.
Brooklyn, N.Y. 11201
(347) 390-7358
(518) 435-8573 (fax)
Deborah.Dwyer@tax.ny.gov

### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing notice of appearance and demand for papers was served on this 9th day of October 2013 via the Court's ECF system on those parties registered to receive notice in this case.

S/Deborah Dwyer